IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | KELLY M BLAIR | : | Chapter: | 13 |
| | RAYMOND J BLAIR JR | : | | |
| | | : | | |
| | | : | | |
| | | : | CASE NO: | 1:13-00794-RNO |
| | | : | | |

## NOTICE OF ADDRESS CHANGE

   eCast Settlement Corporation hereby changes its address for its claim number 13, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

      3936 E FT. LOWELL, SUITE 200

      TUCSON, AZ  85712

New Address for Notices and Payments:

      eCast Settlement Corporation

      PO Box 28136

      New York, NY 10087-8136

      610-228-2570

      proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

      Gregory P Deegan, Claims Administrator

      Becket & Lee LLP

      PO Box 3001

      Malvern, PA 19355-0701

DATE: 7/15/2016