# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond J. Blair, Jr. and Kelly M. Blair <br> <u>Debtor(s)</u> | BKY. NO. 13-00794 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1402

                Respectfully submitted,

                <u>**/s/ Thomas Puleo**</u>
                Thomas Puleo, Esquire
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406
                Attorney for Movant/Applicant